IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAQUISHIA SULLIVAN-ROBINSON,**           **PLAINTIFF**

v.                 **Case No. 4:11-cv-140 SWW**

**ARKANSAS PAROLE BOARD,** *et al.,*           **DEFENDANTS**

### PROTECTIVE ORDER

It appears to this Court that the plaintiff has requested information and documents in discovery from defendants, the release of which would constitute an unwarranted invasion of privacy of persons not parties to the present lawsuit.  Specifically, the plaintiff has requested:

a.  Information and documents submitted by applicants for the positions of Administrative Assistant III (Revocation) and Administrative Assistant III (Parole Services);

b.  Information and documents regarding Board employees who have been approved for leave under the Family and Medical Leave Act for the past five years; and

c.  Information and documents regarding Board employees who have been disciplined for insubordination for the past five years.

IT IS THEREFORE ORDERED that any confidential information gained, as well as any documents photocopied or recorded and any information gained from them, may be used only in connection with preparing and presenting the plaintiff's case to this Court.

IT IS FURTHER ORDERED that any documents obtained by the plaintiff shall remain in the custody of the plaintiff.  Neither the plaintiff nor anyone acting for or on the plaintiff's behalf shall in any manner, directly or indirectly, transfer or communicate any of the information or data obtained to any person not a party to this litigation other than for proper purposes directly related to the trial of this action, and that any such person to whom such communication is made is bound by the terms of this Order.

IT IS FURTHER ORDERED that at the conclusion of this litigation, neither the plaintiff nor anyone acting for or on the plaintiff's behalf shall in any manner, directly or indirectly, retain copies of these documents, and the plaintiff shall either securely destroy or return the documents to defendants' counsel.

IT IS SO ORDERED this 14th day of  March, 2012.


/s/Susan Webber Wright
United States District Judge

2