IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LAQUISHA SULLIVAN-ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00140 SWW |
| | * | |
| ARKANSAS PAROLE BOARD, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is defendants' unopposed motion for extension of the discovery deadline for the limited purposes of plaintiff taking the deposition of defendant Peacock and defendants taking the deposition of Ms. Sharon Doss. The motion [docket entry 29] is granted. The discovery deadline is extended until July 16, 2012, for the limited purpose of taking the two depositions.

DATED this 14th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE