IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LAQUISHIA SULLIVAN-ROBINSON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:11CV00140 SWW |
| | * |
| ARKANSAS PAROLE BOARD; LEROY BROWNLEE, In His Individual Capacity Only; ABRAHAM CARPENTER; RICHARD MAYS, JR.; JIMMY WALLACE; JOE PEACOCK; JOHN FELTS; CAROLYN ROBINSON, In Their Individual and Official Capacities; and RICHARD BROWN, JR., In His Official Capacity Only; | * |
| | * |
| Defendants. | * |

## Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 29TH day of October, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE