IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LAQUISHIA SULLIVAN-ROBINSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00140 SWW |
| | * | |
| ARKANSAS PAROLE BOARD; LEROY | * | |
| BROWNLEE, In His Individual Capacity | * | |
| Only; ABRAHAM CARPENTER; RICHARD | * | |
| MAYS, JR.; JIMMY WALLACE; JOE | * | |
| PEACOCK; JOHN FELTS; CAROLYN | * | |
| ROBINSON, In Their Individual and | * | |
| Official Capacities; and RICHARD BROWN, | * | |
| JR., In His Official Capacity Only; | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 29TH day of October, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE